**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-7733**

CLYDE FRANK YOUNG,

Plaintiff - Appellant,

versus

LONNIE SAUNDERS, Warden; L. R. DAY, Assistant
Warden; S. HOLLAR, Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-00-791-7)

Submitted: April 12, 2001          Decided: April 17, 2001

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clyde Frank Young, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clyde Frank Young appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint pursuant to 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Young v. Saunders, No. CA-00-791-7 (W.D. Va. Nov. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2